UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST MONTGOMERY (#315014)

VERSUS

ROBERT TANNER, ET AL.

CIVIL ACTION

NO. 15-550-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated December 5, 2016 (doc. no. 33) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines the exercise of supplemental jurisdiction with any potential state law claims. Further, the defendants' Motion (doc. no. 10) is GRANTED in part, and the plaintiff's claims for monetary damages asserted against the defendants in their official capacities are DISMISSED. Further, in all other regards, the defendants' Motion (doc. no. 10) is DENIED.

Baton Rouge, Louisiana, this 18th day of January, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA