UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST MONTGOMERY (#315014)

VERSUS

ROBERT TANNER, ET AL.

CIVIL ACTION

NO. 15-550-BAJ-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 19, 2018[1] to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Defendants' Motion for Summary Judgment[2] is GRANTED, and this action is DISMISSED. Further, the plaintiff's Motion for Summary Judgment[3] is DENIED.

Signed in Baton Rouge, Louisiana, on February 26, 2018.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 R. Doc. 58
2 R. Doc. 50
3 R. Doc. 49